UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAW G., <br><br>      Petitioner, <br><br> v. <br><br> KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; PAMELA BONDI, in their official capacity as Attorney General of the United States; DAVID EASTERWOOD, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; and ERIC TOLLEFSON, in his official capacity as Sheriff of Kandiyohi County, <br><br>      Respondents. | Case No. 25-CV-4752 (MJD/JFD) <br><br> **ORDER** |

IT IS HEREBY ORDERED THAT:

1. Respondents shall file an answer to the petition for a writ of habeas corpus of Petitioner Saw G. by no later than **January 6, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer shall include:

1

      a.     Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.     A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

      c.     Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **January 10, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's motion for an order to show cause (Dkt. No. 3) is **GRANTED** as to the request for an order to show cause but **DENIED** to the extent that the briefing schedule requested is inconsistent with the above.

Dated: December 23, 2025

       _s/ John F. Docherty_____
       JOHN F. DOCHERTY
       United States Magistrate Judge