**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SAW THA GAY,**

Petitioner,

v.

**KRISTI NOEM,** in her capacity as Secretary of the United States Department of Homeland Security; **TODD M. LYONS**, in his official as capacity as Acting Director of the United States Immigration and Customs Enforcement; **PAMELA BONDI**, in her official capacity as Attorney General of the United States; **DAVID EASTERWOOD**, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; **ERIC TOLLEFSON**, in his official capacity as Sheriff of Kandiyohi County,

Respondents.

Case No. 25-cv-04752

**ORDER GRANTING RESPONDENTS' MOTION FOR RELEASE OF PETITIONER AND DISMISSAL OF HABEAS PETITION**

This case comes before the Court on Federal Respondents' Unopposed Motion for Release of Petitioner and For Dismissal of Habeas Petition Without Prejudice. Petitioner has filed a response.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Respondents' Unopposed Motion for Release of the Petitioner and for Dismissal of Habeas Petition Without Prejudice **[Doc. 14]** is **GRANTED as detailed in this Order**;

2. Petitioner shall be immediately released from immigration detention pursuant to 8 C.F.R. §241.13 under an ICE order of supervision with conditions pursuant to 8 C.F.R. §241.5;

3. Within 24 hours of Petitioner's release, Respondents shall inform the Court as such;

4. Upon confirmation of release, the Court shall dismiss the Habeas Corpus petition [Doc. 1] without prejudice as stipulated by both parties; and

5. Each party shall bear its own costs, disbursements, and attorney's fees.

Dated: January 5, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court