## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Saw Tha Gay,

       Petitioner,

v.

                                             **ORDER DISMISSING WRIT OF**
                                                   **HABEAS CORPUS**
                               Civil File No. 25-04752 (MJD/JFD)

Kristi Noem, et al.,

       Respondents.

---

Linus Chan, University of Minnesota Detainee Rights Clinic, Counsel for Petitioner.

Ana H. Voss, Liles Harvey Repp, Assistant United States Attorneys, Counsel for Federal Respondents.

---

On January 5, 2026, the Court granted Respondents' Motion for Release of Petitioner and Dismissal of Habeas Petition Without Prejudice. (Doc. 19.) As part of that Order, the parties were required to provide the Court with confirmation that Petitioner was released from immigration detention pursuant to 8 C.F.R. § 241.13 under an ICE order of supervision with conditions pursuant to 8 C.F.R. § 241.5. On January 6, 2026, Respondents provided that confirmation. (Docs. 20, 20-1.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1.  Saw Tha Gay's First Petition for Writ of Habeas Corpus **[Doc. 1]** is

    **DISMISSED without prejudice**;

2.  Saw Tha Gay's Motion for Temporary Restraining Order **[Doc. 7]** is

    **DENIED as moot**; and

3.  Each party shall bear its own costs, disbursements, and attorney's fees.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 7, 2026                      s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court

2