# UNITED STATES DISTRICT COURT

## District of Minnesota

Saw Tha Gay,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-4752 MJD/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Saw Tha Gay's First Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice;
2. Saw Tha Gay's Motion for Temporary Restraining Order [Doc. 7] is DENIED as moot; and
3. Each party shall bear its own costs, disbursements, and attorney's fees.

Date: 1/8/2026

KATE M. FOGARTY, CLERK